IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DARRAN WALKER, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:10-CV-436 (MTT) |
| OFFICER HARTGROVE, *et al.*, | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Charles H. Weigle. (Doc. 32). The Magistrate Judge recommends denying the Defendants' Motion for Summary Judgment because the Defendants have failed to show that there are no genuine issues of material fact or that they are entitled to judgment as a matter of law. The Defendants did not file an objection to the Recommendation.

The Court has reviewed the Recommendation, and the Recommendation is adopted and made the order of this Court. The Defendants' Motion for Summary Judgment is **DENIED**.

**SO ORDERED,** this 5th day of December, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT